UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-CR-20005-ALTMAN

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ORANGEL DE MORAL PEREZ,
        Defendant.
_____/

## OBJECTION AND REQUEST FOR MINOR ROLE REDUCTION

**ORANGEL DE MORAL PEREZ**, by and through his undersigned attorney, and hereby objects to paragraphs 12 and 20 of the PSI denying the Defendant a minor role reduction and respectfully moves this Honorable Court for a two level minor role adjustment to his PSI Guideline calculation and would therefore show unto the Court:

## REQUEST FOR MINOR ROLE

In 2015 the Sentencing commission substantially amended USSG Section 3B1.2, which governs the application of Role Adjustments.  The Commission noted that it found that the mitigating role was being applied inconsistently and more sparingly than it intended.  Thus, the Commission enacted 3B1.2 Application Note, which in pertinent part states: "A defendant who is convicted of a drug trafficking offense, whose

1

participation was limited to transporting or storing drugs and who is accountable under Section 1B1.3 only for the quantity of drugs transported or stored may receive an adjustment under this guideline". The Defendant falls squarely within the language of the amended guideline. In addition, the Court granted such a two level reduction for the similarly situated Co-defendant, Felix Alberto Ramon-Pascal.

The Defendant Orangel De Moral Perez respectfully request that this Honorable Court adjust his guideline range by two levels to reflect the Defendant's minor role in the offense.

Respectfully submitted,

By:   /s/ Arturo V. Hernandez
ARTURO V. HERNANDEZ P.A.
Florida Bar # 324078
Courthouse Center Bldg
40 NW 3 Street, Suite 200,
Miami, Florida, 33128
Telephone: 305 579 4850
FB # 324078
Email:  avhlawpa@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this objection and motion was filed pursuant to the Court' electronic filing system on June 29th, 2023.

Respectfully submitted,

By:   /s/ Arturo V. Hernandez
ARTURO V. HERNANDEZ

2